IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANTHONY LAMAR TASTE,                    CASE NO. 2:04-cv-618
                                        CRIM. NO. 2:02-cr-117(2)
    Petitioner,

  v.                                    JUDGE GRAHAM
                                        MAGISTRATE JUDGE KING

UNITED STATES OF AMERICA,

    Respondent.


OPINION AND ORDER

On March 16, 2005, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255 be dismissed.  On April 4, 2004, the Court denied petitioner's request for counsel to assist him in filing his objections, and advised petitioner that any objections must be filed within twenty days of the date of that order.  *See* Doc. No. 122.  Still, although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby ADOPTED AND AFFIRMED.  This case is DISMISSED.

It is so ORDERED.


                          s/James L. Graham
                          James L. Graham
                          United States District Judge

DATE:  May 5, 2005